# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 06-mj-01095-PAC |
| EMILIO GARCIA LOURDES | Paula Ray (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 228(a)(1) | Failure to Pay Support Obligation | July, 2002 | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 11, 2006
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Patricia A. Coan, U.S. Magistrate Judge
Name & Title of Judicial Officer

12 May 06   nunc pro tunc 11 May 06
Date

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
|  | $10.00 | $0.00 | $449,000.00 |
| **TOTALS** | $10.00 | $0.00 | $449,000.00 |

The defendant shall make restitution to the following payees in the amounts listed below. receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Family Support Registry<br>P.O. Box 2171<br>Denver, CO 80201 |  | $449,000.00 |  |
| **TOTALS** |  | $449,000.00 |  |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

immediately.